■ DAVID SOKOLSKY, Respondent, v. CHARLES H. GRAHAM, Appellant.— Order unanimously reversed on the law and in the exercise of discretion, with $20 costs and disbursements to the appellant and the motion denied, with $10 costs. (See Civ. Prac. Act, § 110-b.) Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ VERNON MURPHY, Respondent, v. NEWS SYNDICATE CO., INC., et al., Appellants.— Order unanimously modified to strike all items except items I and II, and as so modified affirmed, without costs. As to the items stricken, there has been no showing of special circumstances to warrant the examination in an action for libel. Settle order. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ In the Matter of RICHARD A. SOUTHALL, JR., an Attorney.— Motion for leave to appeal to the Court of Appeals denied. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ANTONIO VALENTIN.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Irwin K. Fingerit, Esq. of 20 Vesey Street, New York, New York is assigned as counsel for the appellant for the purposes of the appeal. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT SILVERMAN and PAUL D'ACOSTA.— Motion to dismiss appeal granted unless the appellants procure the record on appeal and appellants' points to be served and filed on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH C. MILARO.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH FOY.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LEROY NELSON.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.